UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. DR 08-M-07141 |
| | § | |
| HECTOR TOMAS BARAJAS | § | |

**DEFENDANTS' FIRST MOTION FOR CONTINUANCE
OF PRELIMINARY/DETENTION HEARINGS**

TO THE HONORABLE VICTOR ROBERTO GARCIA, UNITED STATES MAGISTRATE JUDGE:

Hector Tomas Barajas, Defendant, by his attorney, respectfully moves this Honorable Court to continue the current setting of Friday, May 30, 2008 at 9:00 a.m.; and, for cause, would respectfully show as follows:

I

Mr. Barajas was arrested on May 25, 2008 and charged by criminal complaint for unlawfully, knowingly, and intentionally possess with intent to distribute approximately 175.00 kilograms of marijuana, a Schedule I Substance in violation of 21 U.S.C. § 841(a)(1). Mr. Barajas is currently set for preliminary and detention hearings on Friday, May 30, 2008 at 9:00 a.m.

II

Counsel needs additional time to prepare and investigate the case prior to preliminary and detention hearings. For this reason, Mr. Barajas requests that the hearings be reset to a later date.

III

The defendant does not make this motion solely for the purpose of delay, but so that the ends of justice may be served. Counsel respectfully requests that this matter be set down for hearing on Monday, June 2, 2008.

## PRAYER

Defendant respectfully request this Honorable Court to continue the hearings set for Friday, May 30, 2008.

Respectfully submitted.

HENRY J. BEMPORAD
Federal Public Defender

/s/
BIANCA ROCHA DEL RIO
Assistant Federal Public Defender
Western District of Texas
2205 Veterans Blvd., Ste. A-2
Del Rio, Texas 78840
(830) 703-2040 FAX: 703-2047
State Bar Number: 24033132

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

United States Attorney, Johnny Sutton
111 East Broadway, Ste. 300
Del Rio, Texas 78840

/s/
BIANCA ROCHA DEL RIO
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. DR 08-M-07141** |
| | § | |
| | § | |
| **HECTOR TOMAS BARAJAS** | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE**

On this day, came on to be considered by the Court the Motion for Continuance previously filed herein by Hector Tomas Barajas. The Court, after considering same, is of the opinion that such Motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that the preliminary/detention hearings currently set for May 30, 2008, are continued; and, such hearings are re-set for the _____ day of _____, 2008, at _____ o'clock, _____.m.

SO **ORDERED** this the _____ day of _____, 2008.

_____
Victor Roberto Garcia
United States Magistrate Judge